

2011 AUG -9 PM 12:28

DISTRICT OF UTAH

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-29826 WTT |
| NICHOLAS M DAVIS ) | Chapter 7 |
| ROBIN J. DAVIS ) | |
| ) | NOTICE OF PAYMENT OF |
| Debtor (s) ) | FUNDS INTO THE REGISTRY |
| ) | |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On January 14, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The funds are on deposit with Bank of America, Account No. 4437798839.
FILED IN THE UNITED STATES BANKRUPTCY COURT 2011 AUG -9 PM 1:47 DISTRICT OF UTAH

3

3. The following check which was issued as part of the final distribution remains unpaid, although more than ninety days has passed since final distribution was made under 11 U.S.C. § 726:

        Claim No.:      14
        Claimant:      Peak Alarm Co.
                         Collections Recovery Service, Inc.
                         PO Box 67294
                         Murray, UT 84157
        Claim Amount:  $3,741.62
        Distribution:    $75.60

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing checks and the balance of unclaimed funds in the amount of $75.60 are hereby paid into the Registry.

4. A check in the amount of $75.60 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 8-4-2011

                                                J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 8th day of August, 2011:

PEAK ALARM CO.
COLLECTIONS RECOVERY SERVICE, INC.
PO BOX 67294
MURRAY, UT 84157

*Melanie Valderrama*